JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN KEITH HOOKS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>PAT L. VASQUEZ, Warden,<br><br>　　　　　Respondent. | Case No. CV 05-7902-MMM (OP)<br><br>J U D G M E N T |

　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition, and dismissing this action with prejudice.

DATED: Jan. 24, 2008

　　　　　　　　　　　　　　　　　/s/ Margaret M. Morrow
　　　　　　　　　　　　　　　　　HONORABLE MARGARET M. MORROW
　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

/s/
HONORABLE OSWALD PARADA
United States Magistrate Judge